```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 07169
    RENEE S REGULUS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0758

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/25/2004 and was confirmed 05/17/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.19%.

    The case was paid in full 09/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AMERICAN MEDICAL COLLECT  UNSECURED      NOT FILED           .00            .00
AMERICASH                 UNSECURED OTH    249.00            .00          25.38
AMERICASH LOANS LLC       UNSECURED      NOT FILED           .00            .00
CASH 2 GO                 UNSECURED      NOT FILED           .00            .00
CASH ADVANCE              UNSECURED      NOT FILED           .00            .00
CHECK N GO                UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED        1920.00           .00         195.59
COMCAST                   UNSECURED      NOT FILED           .00            .00
DEVON FINANCIAL SERVICE   UNSECURED      NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED           .00            .00
EASTERN CREDIT            UNSECURED      NOT FILED           .00            .00
EMERGENCY CASH            UNSECURED      NOT FILED           .00            .00
PREMIER BANCARD CHARTER   UNSECURED         571.64           .00          58.23
INTERNATIONAL CASH SERVI  UNSECURED      NOT FILED           .00            .00
INSTANT CASH ADVANCE      UNSECURED      NOT FILED           .00            .00
JDT MEDICAL BILLING       UNSECURED      NOT FILED           .00            .00
LOAN TILL PAYDAY          UNSECURED      NOT FILED           .00            .00
MEDICAL ARTS              UNSECURED      NOT FILED           .00            .00
PDL FINANCIAL SERVICES    UNSECURED         457.76           .00          46.63
NICOR GAS                 UNSECURED        1223.96           .00         124.68
PEOPLES GAS LIGHT & COKE  UNSECURED      NOT FILED           .00            .00
QUEST DIAGNOSTICS         UNSECURED      NOT FILED           .00            .00
QUICK PAYDAY LOANS        UNSECURED         260.00           .00          26.49
SPRINT                    UNSECURED      NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         859.17           .00          87.52
TELE CASH                 UNSECURED      NOT FILED           .00            .00
UNITED CASH LOAN          UNSECURED      NOT FILED           .00            .00
MCI RESIDENTIAL SERVICES  UNSECURED      NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED            .00           .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT    194.00            .00         194.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,637.50                     2,637.50
TOM VAUGHN                TRUSTEE                                        204.86

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 07169 RENEE S REGULUS
```

```
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       3,600.88

PRIORITY                                              194.00
SECURED                                                  .00
UNSECURED                                             564.52
ADMINISTRATIVE                                      2,637.50
TRUSTEE COMPENSATION                                  204.86
DEBTOR REFUND                                            .00
                            ---------------    ---------------
TOTALS                         3,600.88             3,600.88
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                        /s/ Tom Vaughn
   Dated: 12/22/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE